SALAMAN LAW
(A PROFESSIONAL CORPORATION)
By: DREW SALAMAN, ESQUIRE
Identification No. 15172
100 South Broad Street, Suite 2126
Philadelphia, PA 19110
(215) 568-7575

*Attorney for Robert G. Beller, Ellen Beller, and The Seth Beller Trust*

| | |
|---|---|
| IN RE:<br><br>KURT KRIEGER,<br><br>Debtor,<br><br>ROBERT G. BELLER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KURT KRIEGER<br><br>Defendant. | CASE NO. 1:21-bk-01043-HWV<br><br>CHAPTER 13<br><br>ADVERSARY NO. 1:22-ap-00019-HWV<br><br>Nature of Proceeding: 62 Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud; 67 Dischargeability – 523(a)(4), fraud as fiduciary, embezzlement, larceny |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, October 21, 2024, a true and correct copy of the annexed document was served via First-Class Mail and/or email upon the foregoing persons as follows:

| | |
|---|---|
| **Kara Katherine Gendron**<br>Mott & Gendron Law<br>125 State Street<br>Harrisburg, PA 17101<br>karagendron@gmail.com | **Robert E. Chernicoff**<br>Cunningham and Chernicoff PC<br>2320 North Second Street<br>Harrisburg, PA 17110<br>rec@cclawpc.com |

It is further certified that a true and correct copy of the annexed document has also been electronically transmitted to all parties registered to receive email notification of filings with the Court in this matter.

SALAMAN LAW

BY: ______________________________
DREW SALAMAN, ESQUIRE
*Attorney for Robert G. Beller, Ellen Beller,*
*and The Seth Beller Trust*