Robert E. Chernicoff
Bruce J. Warshawsky
David B. Dowling
Olivia Unger Bort
Joseph M. Kanfer

Of Counsel
Amy J. Ginsberg

CUNNINGHAM, CHERNICOFF
& WARSHAWSKY, P.C.
ATTORNEYS AT LAW
P.O. BOX 60457
HARRISBURG, PA 17106-0457

TELEPHONE: (717) 238-6570
FAX: (717) 238-4809

Jordan D. Cunningham
(1951-2022)

IRS No. 23-2274135

Street Address:
2320 North Second Street
Harrisburg, PA 17110

**Sender's Email**
**rec@cclawpc.com**

September 5, 2025

**VIA ELECTRONIC FILING**
The Honorable Henry W. VanEck
United States Bankruptcy Court
For the Middle District of Pennsylvania
1501 N 6th Street
Harrisburg, PA 17102

**RE: Robert G. Beller *et al.* v. Kurt Krieger**
**Adversary Case No. 22-ap-00019**
**Our File No. 907322**

Dear Judge VanEck:

We are filing a Pre-Trial Statement in an attempt to meet the Court's Scheduling Order. We have been working for several months with counsel for the Plaintiff to attempt to obtain a consensual Pre-Trial Statement. I believe we mentioned this at the last Status Conference with the Court.

We did send a re-draft of the Pre-Trial Statement in an attempt to meet the concerns of Plaintiff's counsel on or about July 28, 2025. We finally heard back from counsel for the Plaintiff about this Statement with an additional re-draft on September 2, 2025. We worked on this Statement with Plaintiff's counsel's other suggestions in an attempt to find a middle ground but, to date, we have not been able to gain a consensual Pre-Trial Statement.

Accordingly, we are filing the Pre-Trial Statement which is that of the Defendant only. Certain parts of the Statement are an attempt to meet the concerns of the Plaintiff. This Statement is filed with a reservation of rights for the Plaintiff to provide its own Pre-Trial Statement or for both of us to modify the attached Pre-Trial Statement.

Sincerely yours,

CUNNINGHAM, CHERNICOFF &
WARSHAWSKY, P.C.

s/ *Robert E. Chernicoff*
Robert E. Chernicoff

REC/jmb
Enclosure
c: Kurt Kreiger
Kara K. Gendron, Esquire
Drew Salaman, Esquire
Alan M. Rosen, Esquire