IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>KURT KRIEGER<br>Debtor | : | No. 1:21-bk-01043-HWV<br><br>Chapter 13 |
| ROBERT G. BELLER, *et al.*<br>Plaintiffs<br><br>v.<br><br>KURT KRIEGER<br>Defendant | : | Adversary No. 1:22-ap-00019-HWV |

## CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on September 5, 2025, a true and correct copy of the attached **DEFENDANT'S PRE-TRIAL STATEMENTS** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, as follows:

Joel Marc Flink
The Law Offices of Fred Weinberg and Associates, P.C.
375 East Elm Street
Suite 210
Conshohocken, PA 19428

Drew Salaman, Esquire
Land Title Building, Suite 1124
100 South Broad Street
Philadelphia, PA 19110

Kara Katherine Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Alan M. Rosen, Esquire
1634 Ashbourne Road
Elkins Park, PA 19027

Joseph P. Schalk, Esquire
Office of the United States Trustee
Middle District of Pennsylvania
1501 N 6th Street
Harrisburg, PA 17102

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

s/ *Joanne M. Bartley*
Joanne M. Bartley, Assistant to
Robert E. Chernicoff, Esquire