SAL
SALAMAN LAW
A PROFESSIONAL CORPORATION

Drew Salaman, Esquire
drew@salamanlaw.com

September 8, 2025

Honorable Henry Van Eck
Chief Judge for the United States Bankrupcy Court for the Middle District of Pennsylvania
Sylvia H. Rambo US Courthouse
1501 N. 6th St.
Harrisburg, PA 17102
Chambers_of_Judge_Henry_Van_Eck@pamb.uscourts.gov

**Re: Beller et al. v. Krieger**

**Robert Beller, et al. v. Krieger**
**United States Bankruptcy Court for the Middle District of Pennsylvania | No. 1:21-BK-01043**

---

Dear Judge Van Eck:

This firm represents the interests of the Plaintiffs in the above-referenced adversary matter.

I write, respectfully, by way of response to Robert Chernicoff's ["RC"] letter and filing submitted to the Court late Friday, September 5, 2025. That submission is respectfully opposed. This letter is intended to provide added context as to why the parties have been unable to submit a Joint Pre-Trial Statement ["JPS"] as Your Honor had instructed, despite efforts.

Here is a brief chronology of the events leading up to the submission by defense last Friday:

1. October 21, 2024 – Unable to reach a JPS with Kara Gendron (debtor bankruptcy counsel) and after RC provided partially legible handwritten notes to the draft JPS sent, Plaintiffs were contrained to file their last draft as Plaintiffs' Pretrial Statement;

2. October 22, 2024 - Pretrial Conference held. Trial date reset for February 26, 2025;

3. February 11, 2025 – Pretrial status Conference held. Matter referred to Judge Mark Conway for a settlement conference;

LAND TITLE BUILDING, SUITE 2126, 100 SOUTH BROAD STREET, PHILADELPHIA, PA 19110
PHONE: (215) 568-7575 FAX: (215) 557-6353

4. April 16, 2025 – Following the conclusion of multiple settlement conferences with Judge Conway, an amended scheduling order was entered setting another pretrial conference for June 3, 2025 with a trial date of June 12, 2025;

5. June 2, 2025 – Defense motion for continuance of conference and trial filed and granted. Pretrial conference set for August 5, 2025, and trial for August 13, 2025;

6. June 26, 2025 – Pretrial conference reset for July 29, 2025;

7. July 29, 2025 – Pretrial conference held. Among matters discussed, the parties reported no further progress on the JPS. Defense response to Plaintiffs' last draft of the JPS remained outstanding. Pretrial conference and trial scheduled for September 9 and 17, 2025, respectively;

8. July 31, 2025 – RC provided extensive redraft of Plaintiffs' draft JPS questioning certain facts as now disputed for the first time as well as opposing Plaintiffs' *proposed contested facts* and questioning Plaintiffs' inclusion of any summary of their proposed witness testimony;

9. August 15, 2025 – RC reached out to Plaintiffs' counsel to review draft, Plaintiffs' counsel reported his immediate attention to the same disabled by critical, life threatening cancer diagnosis of his youngest daughter living in South Africa;

10. September 2, 2025 – Transmission of Plaintiffs' revised draft JPS (1) attempting to "homogenize" and accommodate defense concerns in its July 31, 2025 draft of uncontested facts, (2) adding back and annotating enumerated contested facts paragraphs and (3) adding back Plaintiffs' original proposed summary of witness testimony. Telephone conference requested by Plaintiffs' counsel but defense counsel not available. Telephone conference requested for September 3, 2025;

11. September 3-4, 2025 – Counsels not available to confer, despite scheduling attempts.

12. September 5, 2025 – Late in the day, RC responded to Plaintiffs' last JPS draft by raising totally new issues and rewriting large parts of the draft JPS that were never before questioned by RC. RC indicated that if Plaintiffs could not agree to his proposed changes, defense would be constrained to file his own Defendant's Pretrial Statement and did so.

In view of the foregoing, we are hopeful the Court has a better appreciation of why it has not received a JPS, etc.

We continue to be available to discuss the possibility of a JPS with defense counsel, and are attempting to schedule a phone conference regarding same later today. In the meantime, and by way of preparation for tomorrow's pretrial conference with the Court, we will be filing Plaintiffs' last draft JPS as Plaintiffs' Revised Pretrial Statement as provided to defense counsel on September 5, 2025, a copy of which is attached.

Thank you for Your Honor's consideration of the foregoing.

Respectfully yours,

SALAMAN LAW

DREW SALAMAN

DS/sm
Enclosures
CC: Kara Gendron, Esquire kgendron@gmail.com
Robert E. Chernicoff, Esquire rec@cclawpc.com
Alan M. Rosen, Esquire amrosen@netzero.net